# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>    *Plaintiff*,<br><br>v.<br><br>ERIC R. ZIEL TRUSTEE OF THE ERIC AND CAROL ZIEL JOINT REVOCABLE TRUST DATED FEBRUARY 17, 2015; and CARL A. ZIEL, TRUSTEE OF THE ERIC AND CAROL ZIEL JOINT REVOCABLE TRUST DATED FEBRUARY 17, 2015,<br><br>    *Defendants*. | Case No. 8:18-cv-00152-JFB-SMB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this case have filed a stipulation of dismissal.

Accordingly, based upon the foregoing and all the files and records herein, **IT IS ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

DATE: August 6, 2018          s/ Joseph F. Bataillon
                                                      Senior United States District Judge